NEW-YORK,
May, 1828.

Evans
v.
Pierson.

CONKLIN and WHITMAN *ads.* LUPTON.

*When the plaintiff takes issue upon a plea of an insolvent's discharge, and the issue is found for the defendant, the plaintiff is subject to the costs of the trial.*

---

EVANS and EVANS, administrator and administratrix, &c. *ads.* PIERSON.

*The plea of non-assumpsit and non-assumpsit infra, &c. plead by administrators, though found against them, are not such false pleas as will subject the defendants personally to costs.*

CASE submitted upon a question of costs. Action assumpsit on a promissory note made by the intestate. The declaration contained also a count comprising the common money counts against the intestate, and an *insimul computassent* against the administrators. The defendants plead, 1. *Non-assumpsit* by intestate; 2. *Non-assumpsit* by defendants; 3 *Non-assumpsit infra,* &c.; 4. *Plene administravit;* and 5. An outstanding bond. The plaintiff, by his replica-

tion, took issue upon the third plea, confessed the fourth and fifth pleas, and prayed judgment of assets *quando acciderint.* On the trial, a verdict was found for the plaintiff on the issues joined, and his damages assessed. The question submitted is, are the administrators *personally* liable for costs?

*L. Beardsley,* for defendants.

*Palmer & Goodrich,* for plaintiff.

*By the Court,* SUTHERLAND, J. An executor or administrator is liable personally for costs, only when he pleads a *false plea;* that is, sets up new matter in avoidance of the action and fails in supporting it, or subjects a plaintiff to an expense additional to what otherwise would be necessary to show his right of recovery. The plea of the general issue cannot be considered a false plea. The defendants here pleaded *plene administravit;* and though the plaintiff took judgment for assets *quando acciderint,* he was yet under the necessity of proving the amount of his demand. He, therefore, has no reason to complain of the plea of *non-assumpsit* having been interposed. The rule is settled, that though the jury find against the pleas of *non-assumpsit* and *non-assumpsit infra sex annos,* such pleas are not to be considered technically false pleas, so as to subject an executor or administrator personally to costs. (*Osterhout* v. *Hardenburgh,* 19 *Johns. R.* 266. See also *Ford* v. *Crane,* 6 *Cowen,* 71.)